**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TARA LEIGH PATRICK a/k/a CARMEN ELECTRA and LUCY PINDER,<br><br>Plaintiffs,<br><br>- against -<br><br>15 LAGRANGE STREET CORPORATION and NICHOLAS ROMANO,<br><br>Defendants. | Case No 1:21-cv-11093-AK |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provision of Fed. R. Civ. P.

41(a)(1)(A)(ii), hereby stipulate that the claims of the Plaintiffs: Tara Leigh Patrick a/k/a

Carmen Electra, against the Defendants, 15 LaGrange Street Corporation and Nicholas

Romano, be dismissed with prejudice, without costs, and waiving all rights to appeal.

Dated: May 23, 2022

| Plaintiffs,<br>By Their Attorneys, | Defendants,<br>By Their Attorneys, |
|---|---|
| */s/ John V. Golaszewski*<br>John V. Golaszewski, Esq.*<br>The Casas Law Firm, PC<br>1740 Broadway, 15th Floor<br>New York, New York<br>Tel: (646) 872-3178<br>Fax: (855).220.9626<br>john@talentrights.law | */s/ Jack K. Merrill*<br>Jack K. Merrill, Esq.<br>KSR Law<br>160 Gould Street<br>Needham, MA  02494<br>Tel: 781-418-5100<br>Fax: 781-4441066<br>jmerrill@ksrlawfirm.com |

*Admitted Pro Hac Vice

1

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on this 23rd Day of May 2022.

/s/ John V. Golaszewski

2